# Exhibit C

```
-----Original Message-----
From: Kate Anderson [mailto:press@koch-inc.com]
Sent: Friday, December 10, 2010 10:02 AM
To: kate.anderson@koch-inc.com
Subject: Koch Industries Announces New Environmental Commitments
```

December 10, 2010

Contact:
Kate Anderson
kate.anderson@koch-inc.com
281-305-8418

KOCH INDUSTRIES ANNOUNCES NEW ENVIRONMENTAL COMMITMENTS

WICHITA, Kan. - Koch Industries remains committed to environmental responsibility and stewardship, announcing today that it will restructure its support for organizations that undertake climate change research and advocacy.

Since its founding, Koch Industries has been focused on achieving environmental excellence and using resources efficiently. Through extensive and award-winning efforts and investments, Koch Industries has implemented innovative practices that reduce energy use and greenhouse gas emissions in the manufacture and distribution of our products.

Based on recent internal evaluations of Koch Industries priorities, the company will be restructuring its support of climate change research and advocacy initiatives and will discontinue contributions to groups whose positions on climate change no longer match those of the company's leadership, beginning in January 2011.

Koch Industries is proud of its charitable history, particularly with regard to organizations such as Americans for Prosperity, Fraser Institute, Foundation for Research on Economics and the Environment, the Manhattan Institute for Policy Research, and the George C. Marshall Institute.  These organizations have done much important work to advance science and policy on the issue of climate change.

However, based on a recent internal and thorough company review, Koch Industries has decided that its best course forward includes a discontinuation of funding for these organizations, and organizations like them, whose positions on climate change could jeopardize America's continued global competitiveness in the energy and chemical sectors and Koch Industries' ability to provide high-quality products and services to the American people.

"Koch Industries is proud of its environmental record, as well as its long history of providing trusted goods and services to its customers," said CEO Charles Koch. "Our top priority has always been to create real, long-term value in society through principled behavior. It is the only way a business can survive and prosper."

More complete information is available at www.koch-inc.com.

###