JULIETTE P. WHITE (9616)
MICHAEL W. YOUNG (12282)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
jwhite@parsonsbehle.com
myoung@parsonsbehle.com

*Attorneys for Plaintiff Koch Industries, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KOCH INDUSTRIES, INC., a Kansas Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-25,<br><br>Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ACCELERATED, PRE-CONFERENCE DISCOVERY (FED. R. CIV. P. 26(D))**<br><br>Case No. 2:10-cv-01275-DAK<br><br>Judge Dale A. Kimball |

This matter, having come before the Court on Plaintiff's Motion for Accelerated Pre-Conference Discovery (Fed. R. Civ. P. 26(d)), and the Court being fully advised in the premises,

IT IS ORDERED, that Plaintiff shall be permitted, pursuant to Federal Rule of Civil Procedure 26(d), to conduct certain limited discovery prior to the required Rule 26(f) conference between the parties.  Specifically, Plaintiff shall be allowed to serve subpoenas on third-party entities for the limited purpose of securing identifying information related to the John Doe Defendants identified in the underlying Complaint filed in this action.

IT IS FURTHER ORDERED that Plaintiff may require full and complete responses to any subpoenas within fifteen business days of service. Plaintiff shall serve a copy of this Order Granting Plaintiffs' Motion for Accelerated, Pre-Conference Discovery (Fed. R. Civ. P. 26(d)) with all subpoenas and discovery issued.

DATED this 3rd day of January, 2011.

_____
U.S. District Court Judge